```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION
IN RE:                                  CASE NO. 08 B 01948
   DIANA SVIRSKY
                                        CHAPTER 13

                                        JUDGE: JACQUELINE P COX

         Debtor
   SSN XXX-XX-5138


------------------------------------------------------------------------------
               TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 01/29/2008 and was not confirmed.

     The case was dismissed without confirmation 03/24/2008.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------------
NATIONAL CITY MORTGAGE   NOTICE ONLY     NOT FILED          .00           .00
NATIONAL CITY MORTGAGE   CURRENT MORTG         .00          .00           .00
NATIONAL CITY MORTGAGE   MORTGAGE ARRE   13000.00           .00           .00
COMMONWEALTH EDISON      UNSECURED         685.38           .00           .00
LVNV FUNDING LLC         UNSECURED        5526.29           .00           .00
ALLIED INTERSTATE        UNSECURED       NOT FILED          .00           .00
EVANSTON NORTHWESTERN HE UNSECURED       NOT FILED          .00           .00
FINANCIAL ASSET MANAGEME UNSECURED       NOT FILED          .00           .00
OMNI CREDIT SERVICE      UNSECURED       NOT FILED          .00           .00
TFS RECOVERY SERVICES    UNSECURED       NOT FILED          .00           .00
COOK COUNTY TREASURER    SECURED          3000.00           .00           .00
TRIUMVERA HOMEOWNERS ASS SECURED          5186.55           .00           .00
CHAD M HAYWARD           DEBTOR ATTY          .00                         .00
TOM VAUGHN               TRUSTEE                                          .00
DEBTOR REFUND            REFUND                                           .00

         Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                              .00
SECURED                                               .00
UNSECURED                                             .00
ADMINISTRATIVE                                        .00
TRUSTEE COMPENSATION                                  .00
DEBTOR REFUND                                         .00
                         ---------------       ---------------
TOTALS                        .00                     .00
```

                PAGE  1 - CONTINUED ON NEXT PAGE
         CASE NO. 08 B 01948 DIANA SVIRSKY

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 06/25/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 08 B 01948 DIANA SVIRSKY